IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRODUCTS/TECHNIQUES, INC. AND STEVEN ANDREWS, <br><br> *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> SOCOPAINT LLC, <br><br> *Defendant/Counter-Plaintiff.* | C.A. No.: 23-1107-JLH |

## JOINT STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE

Pursuant to Federal Rule of Civil Procedure 16, Plaintiffs Products/Techniques, Inc. ("PTI") and Steven Andrews (collectively, "Plaintiffs") and Defendant SocoPaint, LLC ("Defendant" or "SocoPaint") jointly ask the Court to amend the discovery deadlines, and in support thereof, stipulate as follows.

WHEREAS, Plaintiffs filed their Original Complaint against Defendant on October 5, 2023, alleging claims for breach of contract, breach of duty of good faith and fair dealing, declaratory judgment, unjust enrichment, misappropriation of trade secrets, and a violation of the Computer Fraud and Abuse Act;

WHEREAS, Defendant filed its Answer, Affirmative Defenses, and Counterclaims on November 13, 2023, asserting claims for breach of contract, fraud/fraudulent inducement, indemnification, and declaratory judgment;

WHEREAS, Plaintiffs filed their Answer and Affirmative Defenses to Defendant's Counterclaims on December 4, 2023;

WHEREAS, on December 19, 2023, the Court signed the parties' proposed Scheduling Order, ECF No. 15, setting the relevant deadlines as follows:

| | |
|---|---|
| **Fact Discovery Cut Off:** | May 31, 2024 |
| **Fed. R. Civ. P. 26(a)(2) Expert Disclosures:** | July 10, 2024 |
| **Supplemental/Rebuttal Expert Report:** | August 9, 2024 |
| **Reply Expert Report:** | August 30, 2024 |
| **Expert Depositions:** | September 27, 2024 |
| **Objections to Expert Testimony:** | November 1, 2024 |
| **Case Dispositive Motions:** | November 1, 2024 |
| **Joint Proposed Pretrial Statement:** | February 26, 2025 |
| **Pretrial Conference:** | March 19, 2025 |
| **Non-Jury Trial** | April 7, 2025 |

WHEREAS, the parties are diligently working to schedule remaining depositions, including of the parties' respective corporate representatives, and need additional time beyond May 31, 2024, to complete those depositions and any corresponding written discovery;

WHEREAS, the parties will need additional time to complete certain expert discovery if the fact discovery cut off is extended as stipulated and requested;

WHEREAS, the parties are not seeking to extend the dates and deadlines relating to filing case dispositive motions, pretrial filings or hearings, or the trial setting;

WHEREAS, it is the parties' intent that the requested schedule amendments will not unduly inconvenience the Court, as all of the current deadlines and dates for dispositive motions, pretrial matters, and trial will remain the same;

WHEREAS, counsel for the parties agree to this continuance and have signed this Joint Stipulation to Continue Case Schedule;

WHEREAS, the parties reserve the right to seek further relief from the Case Schedule, including additional extensions of the fact or expert discovery deadlines, to the extent there are additional delays or as necessitated by other issues that may arise; and

WHEREAS, this joint stipulation to continue the case schedule is not merely for delay but so that justice may be done.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY AGREED, BY AND BETWEEN THE PARTIES, SUBJECT TO THE APPROVAL OF THE COURT, THAT:

1. The Case Schedule is amended and modified as set forth below.

|  | Old Dates | New Dates |
|---|---|---|
| **Fact Discovery Cut Off:** | ~~May 31, 2024~~ | July 1, 2024 |
| **Fed. R. Civ. P. 26(a)(2) Expert Disclosures:** | ~~July 10, 2024~~ | August 2, 2024 |
| **Supplemental/Rebuttal Expert Report:** | ~~August 9, 2024~~ | August 30, 2024 |
| **Reply Expert Report:** | ~~August 30, 2024~~ | September 20, 2024 |
| **Expert Depositions:** | ~~September 27, 2024~~ | October 11, 2024 |
| **Objections to Expert Testimony:** | November 1, 2024 | November 1, 2024 |
| **Case Dispositive Motions:** | November 1, 2024 | November 1, 2024 |
| **Joint Proposed Pretrial Statement:** | February 26, 2025 | February 26, 2025 |
| **Pretrial Conference:** | March 19, 2025 | March 19, 2025 |
| **Non-Jury Trial** | April 7, 2025 | April 7, 2025 |

2. Nothing herein waives, modifies, limits, alters, or impairs the parties' rights to seek additional relief from the Case Schedule in the future.

Dated: May 10, 2024

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Kelly A. Green | /s/ Andrew L. Brown |
| Kelly A. Green (No. 4095)<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19899 (courier 19801)<br><br>(302) 652-8400<br>kag@skjlaw.com | Nicholas D. Mozal (#5838)<br>Andrew L. Brown (#6766)<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>nmozal@potteranderson.com<br>abrown@potteranderson.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Amanda L. Cottrell (Admitted *pro hac vice*)<br>Steven G. Gersten (Admitted *pro hac vice*)<br><br>2200 Ross Avenue, 20th Floor<br>Dallas, Texas 75201<br>acottrell@sheppardmullin.com<br>sgersten@sheppardmullin.com | MOORE & VAN ALLEN PLLC<br><br>William M. Butler (Admitted *pro hac vice*)<br>Katherine C. McDiarmid (Admitted *pro hac vice*)<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>Tel: (704) 331-1000<br>billbutler@mvalaw.com<br>katherinemcdiarmid@mvalaw.com |
| *Attorneys for Plaintiffs/Counterclaim Defendants Products/Techniques, Inc. and Steven Andrews* | *Attorneys for Defendant SocoPaint LLC* |

SO ORDERED.

SIGNED on _____, 2024.

_____
The Honorable Jennifer L. Hall
United States District Court Judge