IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRODUCTS/TECHNIQUES, INC. AND STEVEN ANDREWS, *Plaintiffs/Counter-Defendants*, v. SOCOPAINT LLC, *Defendant/Counter-Plaintiff.* | C.A. No.: 23-1107-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE DISPUTES

**Plaintiffs** respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following matters:

- **Plaintiffs' Motion for Leave to File First Amended Complaint under Fed. R. Civ. P. 15(a) to dismiss Plaintiffs' claims under the Defend Trade Secrets Act, 18 U.S.C. § 1836, ("DTSA") and Texas Uniform Trade Secrets Act, Tex. Civ. Prac. & Rem. Code § 134A, ("TUTSA") (collectively, "Trade Secret claims") under Count V of the live complaint.**

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): June 19, 2024.

Delaware Counsel for Plaintiffs:
Kelly A. Green
SMITH, KATZENSTEIN & JENKINS LLP

Delaware Counsel for Defendant:
Andrew L. Brown
POTTER ANDERSON & CORROON LLP

Lead Counsel for Plaintiffs:
Amanda L. Cottrell
Steven G. Gersten
SHEPPARD, MULLIN RICHTER & HAMPTON LLP

Lead Counsel for Defendant:
William M. Butler
MOORE & VAN ALLEN PLLC

The parties are available for a teleconference on the following dates: July 9, 11 or 12.

Dated: July 1, 2024                    Respectfully submitted,

                                       By: */s/ Kelly A. Green*
                                       Kelly A. Green (DE Bar No. 4095)
                                       **SMITH, KATZENSTEIN & JENKINS LLP**
                                       1000 N. West Street, Suite 1501
                                       Wilmington, DE 19801
                                       Tel.: (302) 504-1656
                                       Fax: (302) 652-8405
                                       kag@skjlaw.com


                                       SHEPPARD, MULLIN, RICHTER & HAMPTON
                                       LLP
                                       Amanda L. Cottrell (Texas Bar No. 24064972)
                                       Steven G. Gersten (Texas Bar No. 24087579)
                                       2200 Ross Avenue, 20th Floor
                                       Dallas, Texas 75201
                                       acottrell@sheppardmullin.com
                                       sgersten@sheppardmullin.com


                                       *Attorneys for Plaintiffs/Counterclaim Defendants*
                                       *Products/Techniques, Inc. and Steven Andrews*