

July 10, 2024

**BY ECF**

The Honorable Jennifer L. Hall
United States District Court for
The District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

    Re:    *Products/Techniques, Inc. et al v. SocoPaint LLC*
             C.A. No. 23-1107-JLH

Dear Judge Hall:

Plaintiffs' reply to Mr. Brown's letter dated July 10, 2024 (D.I. 59).

To the extent any clarification is needed, Plaintiffs voluntarily amended their complaint pursuant to Fed. R. Civ. P. 15. Plaintiffs understand this amendment operates as a voluntary dismissal with prejudice to refiling the same claim. Plaintiffs have never taken any position to the contrary. It is also Plaintiffs' position that Defendant is not entitled to any fees related to this amendment. Should Defendant request such a fee award in the future, Plaintiffs reserve all rights to oppose and brief those issues.

Respectfully submitted,

*/s/ Kelly A. Green*
Kelly A. Green (No. 4095)

KAG/vkm

    cc:    Andrew L. Brown, Esquire (by ECF)

Attorneys at Law | Brandywine Building | 1000 West Street | Suite 1501 | P.O. Box 410 | Wilmington, DE 19899-0410 | 302.652.8400 | skjlaw.com